# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　:
　　　　　　　　　　　　　　　　:
vs.　　　　　　　　　　　　　　 :　　No. 3:24-MC-362
　　　　　　　　　　　　　　　　:
OLGA STEVENSON　　　　　　　　 :
　　Defendant　　　　　　　　　 :

UNITED STATES OF AMERICA TO THE WARDEN, SUPERINTENDENT, OR PERSON IN CHARGE OF MONROE COUNTY CORRECTIONAL, STROUDSBURG, PA OR THE UNITED STATES MARSHAL FOR THE DISTRICT OR AGENTS AND/OR OFFICERS OF FBI/ PSP

YOU ARE COMMANDED TO PRODUCE NOW, in your custody or one of your deputies, before the United States District Court, sitting in Scranton, PA on July 16, 2024 at 9:30 AM the person of

## OLGA STEVENSON

whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, that **OLGA STEVENSON** appear for an grand jury appearance in connection with the criminal charges and you are directed to keep the prisoner safe in custody, and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and that **OLGA STEVENSON** remain

in federal custody until the conclusion of this case, to include sentencing, in this Court.

The Marshal for the Middle District of Pennsylvania is authorized to compensate the Warden for any expense incurred as a result of this Writ at a rate not to exceed the rate authorized for the transportation of a Federal prisoner by Federal authorities.

Witness my signature on this 15th day of July 2024.

s/Julia K. Munley
_____
JULIA K. MUNLEY
U.S. DISTRICT COURT JUDGE